

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Texas Department of Public Safety,

Vs. No. 11-18-00269-CV

Brian Sherman Colter a/k/a
Brian Coulter,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 49,989-A.

\* October 31, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered the Texas Department of Public Safety's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the Texas Department of Public Safety.